IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BOBBY EARL KEYS                                                                    PETITIONER

VERSUS                                             CIVIL ACTION NO. 5:05cv215DCB-JCS

CONSTANCE REESE, Warden                                                      RESPONDENT

ORDER EXTENDING TIME TO COMPLY

This cause comes before this court, *sua sponte*. By an order [11-1] entered April 6, 2006, the petitioner was directed to file a response and provide this court with additional information within 20 days. The envelope containing the order was returned by the postal service with a notation "undeliverable - return to sender - addressee unknown" and filed in the instant civil action on April 20, 2006. Out of an abundance of caution, this court is granting the petitioner a 30-day extension of time to provide this court with his new address. Accordingly, it is

ORDERED:

1. That the petitioner is granted a 30-day extension from the entry of this order to provide this court with a change of address. The petitioner has been informed by this court that it is his responsibility to advise this court of a change of address. Additionally, the petitioner has been warned by this court that his failure to provide this court with a change of address could result in the dismissal of this civil action.

2. That the petitioner is warned that failure to advise this court of a change of address or failure to comply with any order of this court will be deemed as a purposeful delay and contumacious act by the petitioner and may result in the dismissal of this case.

This the 19th day of May, 2006.

s/ *James C. Sumner*
UNITED STATES MAGISTRATE JUDGE