IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BOBBY EARL KEYS, #0334-043                                                            PETITIONER

VERSUS                                                    CIVIL ACTION NO.  5:05cv215DCB-JCS

WARDEN CONSTANCE REESE                                                             RESPONDENT

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 12th day of July, 2006.


                                                          S/DAVID BRAMLETTE
                                                          UNITED STATES DISTRICT JUDGE